JOHN C. MERRICK, Individually and as Administrator of JOSEPH HASWELL MERRICK, Deceased, Respondent, *v.* MARY G. WATERS, as Administratrix of ALEXANDER H. GRANT, Deceased et al., Appellants, Impleaded with Others.

*Merrick* v. *Waters,* 51 App. Div. 83, affirmed.
(Argued May 8, 1902; decided May 20, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May

16, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*J. K. P. Jackson, E. D. Wagner* and *L. F. Raymond* for appellants.

*Eugene H. Hanford* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, BARTLETT, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J., and HAIGHT, J.